JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY SINGER<br><br>　　　　Plaintiff,<br><br>v.<br><br>SEGERSTROM CENTER FOR THE ARTS (sued as ORANGE COUNTY PERFORMING ARTS CENTER), A California Corporation; and DOES 1 through 10, inclusive.<br><br>　　　　Defendants | Case No.: SACV11-00818 JVS (MLGx)<br><br>**ORDER DISMISSING CASE** |

## **ORDER**

Having read the foregoing Stipulation and finding good cause, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs. The court shall retain jurisdiction to enforce the terms of the settlement.

**IT IS SO ORDERED**

Dated: March 22, 2012  _____
　　　　　　　　　　　　　　　JAMES V. SELNA
　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE